# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| NELSON OGLESBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV420-285 |
| | ) | |
| SAM'S EAST, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the parties' consent motion for protective order. Doc. 5.  The parties have proffered a proposed order, doc. 5-1, which they note requires the parties to submit any confidential documents to which there is disagreement to the Court for *in camera* review rather than filing those documents under seal.  Doc. 5 at 2.  The parties assert that this rule conforms with applicable standing orders.  *Id.*  However, the undersigned's standard order regarding discovery disputes requires *at least* an informal telephonic status conference prior to the submission of any documentation to the Court. *See* docket entry on November 16, 2020.  Moreover, the Court is disinclined to endorse a procedure which could have the parties submit documentation for its review without briefing or other record on the docket.  Nor is it apparent why filing *potentially* confidential documents for review under seal would be

inappropriate, particularly when the proposed order supposes such sealed filing of *actually* confidential documents during the pendency of the case. *See* doc. 5-1 at 3. Accordingly, the parties are **DIRECTED** to file an amended motion for a protective order within ten days from the date of this Order. If no amended motion is filed, the Court will excise from the proposed protective order any reference to *in camera review.*

    **SO ORDERED,** this 20th day of November, 2020.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA