IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

NELSON OGLESBY,

    Plaintiff,

v.

SAM'S EAST, INC.,

    Defendant.

CIVIL ACTION NO.: 4:20-cv-285

**O R D E R**

Before the Court is the Stipulation of Dismissal signed and filed by counsel for Plaintiff and counsel for Defendant on January 25, 2021, wherein the parties stipulate to the dismissal of this case with prejudice, with each party to bear its own attorney's fees and costs associated with the action. (Doc. 8.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action **WITH PREJUDICE**, with each party to bear its own attorney's fees and costs. The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 27th day of January, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA